

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-20-00234-CV

Kyle **BRATTON,**
Appellant

v.

**HOLT TEXAS, LTD** D/B/A Holt CAT and D/B/A Sitech-Tejas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 16, 2020. Before the deadline, this Court requested a response to Appellee's motion to reconsider and to dismiss the appeal for want of jurisdiction. Appellant filed a motion for extension of time to file his brief until October 16, 2020. *See* TEX. R. APP. P. 38.6(a). Appellant also requested an extension of time to September 21, 2020 to file the response to Appellee's motion to reconsider and to dismiss the appeal.

Appellant's motion is GRANTED. The response to Appellee's motion to reconsider and to dismiss the appeal is due on September 21, 2020. Pending the outcome of Appellee's motion, Appellant's opening brief is due on October 16, 2020. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court